# Exhibit B

# uspto.gov
## Patent Application Information Retrieval
The United States Patent and Trademark Office
an agency of the Department of Commerce

| Home | Patents | Trademarks | Other |

**Patent eBusiness**

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**

- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**

- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**

- Copyrights
- Trademarks
- Policy & Law
- Reports

## Patent Application Information Retrieval

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

| 11/903,587 | Method for genetic testing of human embryos for chromosome abnormalities, segregating genetic disorders with or without a known mutation and mitochondrial disorders following in vitro fertilization (IVF), embryo culture and embryo biopsy | 027746.077963 |

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Address & Attorney/Agent | Supplemental Content | Display References |

This application is officially maintained in electronic form. To View: Click the desired Document Description. To Download and Print: Check the desired document(s) and click Start Download.

### Available Documents

| Mail Room Date | Document Code | Document Description | Document Category | Page Count | |
|---|---|---|---|---|---|
| 03-11-2013 | ABN | Abandonment | PROSECUTION | 2 | ☐ |
| 07-30-2012 | CTFR | Final Rejection | PROSECUTION | 17 | ☐ |
| 07-30-2012 | 892 | List of references cited by examiner | PROSECUTION | 3 | ☐ |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-30-2012 | NPL | Non Patent Literature | PROSECUTION | 14 | |
| 07-30-2012 | NPL | Non Patent Literature | PROSECUTION | 7 | |
| 07-30-2012 | NPL | Non Patent Literature | PROSECUTION | 6 | |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 3 | ☐ |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 2 | ☐ |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-30-2012 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-30-2012 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 | ☐ |
| 03-14-2012 | A... | Amendment/Req. Reconsideration-After Non-Final Reject | PROSECUTION | 1 | ☐ |
| 03-14-2012 | CLM | Claims | PROSECUTION | 5 | ☐ |
| 03-14-2012 | REM | Applicant Arguments/Remarks Made in an Amendment | PROSECUTION | 7 | ☐ |
| 03-14-2012 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 | ☐ |
| 03-14-2012 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 | ☐ |
| 09-14-2011 | CTNF | Non-Final Rejection | PROSECUTION | 18 | ☐ |
| 09-14-2011 | 892 | List of references cited by examiner | PRIOR ART | 2 | ☐ |
| 09-14-2011 | NPL | Non Patent Literature | PRIOR ART | 14 | |
| 09-14-2011 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 09-14-2011 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 | ☐ |
| 09-14-2011 | NPL | Non Patent Literature | PROSECUTION | 6 | |
| 09-14-2011 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 01-03-2011 | RCEX | Request for Continued Examination (RCE) | PROSECUTION | 3 | ☐ |
| 01-03-2011 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 | ☐ |
| 01-03-2011 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 3 | ☐ |
| 01-03-2011 | AMSB | | PROSECUTION | 8 | |

| Date | Code | Description | Category | Count | |
|---|---|---|---|---|---|
| | | Amendment Submitted/Entered with Filing of CPA/RCE | | | ☐ |
| 01-03-2011 | AF/D | Affidavit-submitted prior to Mar 15, 2013 | PROSECUTION | 4 | ☐ |
| 01-03-2011 | AF/D | Affidavit-submitted prior to Mar 15, 2013 | PROSECUTION | 5 | ☐ |
| 08-31-2010 | N/AP | Notice of Appeal Filed | PROSECUTION | 1 | ☐ |
| 08-31-2010 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 | ☐ |
| 08-31-2010 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 | ☐ |
| 03-31-2010 | CTFR | Final Rejection | PROSECUTION | 16 | ☐ |
| 03-31-2010 | 892 | List of references cited by examiner | PRIOR ART | 1 | ☐ |
| 03-31-2010 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 03-31-2010 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 | ☐ |
| 03-31-2010 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 03-31-2010 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 03-31-2010 | NPL | Non Patent Literature | PRIOR ART | 6 | |
| 01-14-2010 | EXIN | Examiner Interview Summary Record (PTOL - 413) | PROSECUTION | 3 | ☐ |
| 12-07-2009 | A... | Amendment/Req. Reconsideration-After Non-Final Reject | PROSECUTION | 1 | ☐ |
| 12-07-2009 | CLM | Claims | PROSECUTION | 5 | ☐ |
| 12-07-2009 | REM | Applicant Arguments/Remarks Made in an Amendment | PROSECUTION | 12 | ☐ |
| 12-07-2009 | AF/D | Affidavit-submitted prior to Mar 15, 2013 | PROSECUTION | 27 | ☐ |
| 12-07-2009 | TRAN.LET | Transmittal Letter | PROSECUTION | 4 | ☐ |
| 12-07-2009 | XT/ | Extension of Time | PROSECUTION | 1 | ☐ |
| 07-07-2009 | CTNF | Non-Final Rejection | PROSECUTION | 19 | ☐ |
| 07-07-2009 | 892 | List of references cited by examiner | PRIOR ART | 1 | ☐ |
| 07-07-2009 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 | ☐ |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | BIB | Bibliographic Data Sheet | PROSECUTION | 1 | ☐ |
| 07-07-2009 | NPL | Non Patent Literature | PRIOR ART | 5 | |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | NPL | Non Patent Literature | PRIOR ART | 12 | |
| 07-07-2009 | 1449 | List of References cited by applicant and considered by examiner | PRIOR ART | 2 | ☐ |
| 07-07-2009 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 | ☐ |
| 07-07-2009 | NPL | Non Patent Literature | PRIOR ART | 13 | |
| 04-03-2009 | ELC. | Response to Election / Restriction Filed | PROSECUTION | 1 | ☐ |
| 04-03-2009 | TRAN.LET | Transmittal Letter | PROSECUTION | 2 | ☐ |
| 03-04-2009 | CTRS | Requirement for Restriction/Election | PROSECUTION | 7 | ☐ |
| 05-19-2008 | TRAN.LET | Transmittal Letter | PROSECUTION | 5 | ☐ |
| 05-19-2008 | IDS | Information Disclosure Statement (IDS) Form (SB08) | PROSECUTION | 2 | ☐ |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 5 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 6 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 12 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 8 | |

| | | | | | |
|---|---|---|---|---|---|
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 7 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 25 | |
| 05-19-2008 | NPL | Non Patent Literature | PRIOR ART | 19 | |
| 05-19-2008 | LET. | Miscellaneous Incoming Letter | PROSECUTION | 2 | ☐ |
| 04-10-2008 | NTC.PUB | Notice of Publication | PROSECUTION | 1 | ☐ |
| 03-04-2008 | CTMS | Miscellaneous Action with SSP | PROSECUTION | 1 | ☐ |
| 01-02-2008 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 | ☐ |
| 12-17-2007 | PEFR | Applicant Response to Pre-Exam Formalities Notice | PROSECUTION | 4 | ☐ |
| 12-17-2007 | DRW | Drawings-only black and white line drawings | PROSECUTION | 5 | ☐ |
| 10-16-2007 | NT.CR.APP.PA | Notice to File Corrected Application Papers | PROSECUTION | 2 | ☐ |
| 10-16-2007 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 | ☐ |
| 10-10-2007 | A.PE | Preliminary Amendment | PROSECUTION | 2 | ☐ |
| 10-10-2007 | SPEC | Specification | PROSECUTION | 1 | ☐ |
| 10-10-2007 | REM | Applicant Arguments/Remarks Made in an Amendment | PROSECUTION | 1 | ☐ |
| 09-24-2007 | TRNA | Transmittal of New Application | PROSECUTION | 2 | ☐ |
| 09-24-2007 | SPEC | Specification | PROSECUTION | 47 | ☐ |
| 09-24-2007 | CLM | Claims | PROSECUTION | 5 | ☐ |
| 09-24-2007 | ABST | Abstract | PROSECUTION | 1 | ☐ |
| 09-24-2007 | DRW | Drawings-only black and white line drawings | PROSECUTION | 5 | ☐ |
| 09-24-2007 | OATH | Oath or Declaration filed | PROSECUTION | 4 | ☐ |
| 09-24-2007 | SCORE | Placeholder sheet indicating presence of supplemental content in SCORE | PROSECUTION | 1 | ☐ |
| 09-24-2007 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 | ☐ |
| 09-24-2007 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 | ☐ |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



| | |
|---|---|
| Accessibility | Federal Activities Inventory Reform (FAIR) Act |
| Privacy Policy | |
| Terms of Use | Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act |
| Security | |
| Emergencies/Security Alerts | Budget & Performance |
| Information Quality Guidelines | Freedom of Information Act (FOIA) |
| Department of Commerce NoFEAR Act Report | Strategy Targeting Organized Piracy (STOP!) |
| Regulations.gov | Careers |
| STOP!Fakes.gov | Site Index |
| Department of Commerce | Contact Us |
| USA.gov | USPTO Webmaster |