## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**WILLIAM G. KEARNS,**<br><br>**Defendant.** | **CASE NO. 1:14-cv-1029**<br><br><br>**CONSENT ORDER FOR PERMANENT INJUNCTION** |

This matter comes before the Court on the request of Plaintiff Laboratory Corporation of America Holdings ("LabCorp") and Defendant William G. Kearns ("Kearns") to enter the within Consent Order for Permanent Injunction.

The parties have conferred, and in an effort to avoid unnecessary expense, time and effort of both the parties and the Court, the parties have agreed to a full and final settlement of their dispute which includes the entry of a consent injunction, as follows:

NOW, THEREFORE, upon agreement of the parties and for good cause shown, the Court hereby ORDERS that:

1.      Through November 16, 2015, Kearns, his agents, servants, employees, attorneys, and those persons in active concert or participation with him, including but not limited to AdvaGenix, LLC, shall not, without the prior written consent of LabCorp, directly or indirectly through a subordinate, co-worker, peer, or any other person or entity contact, solicit, or communicate with a customer or potential customer of LabCorp or its subsidiary or affiliated companies with whom Kearns had contact while employed at LabCorp or its subsidiary and

7

affiliated companies for the purpose of either (1) offering, selling, licensing, or providing the same or substantially similar assays, commercial medical testing, or anatomical pathology services offered and/or provided to such customer or potential customer by LabCorp or its subsidiary and affiliated companies, or (2) influencing said customer or potential customer's decision on whether to purchase or use such assays, commercial medical testing, or anatomical pathology services offered by LabCorp or its subsidiary and affiliated companies.

So ordered this _____ day of March, 2015.


_____
The Honorable Thomas D. Schroeder
United States District Court Judge


Agreed to this _____ day of March, 2015.

_____
Jennifer H. Dupuy
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street
Raleigh, NC 27601

Robert Steiner
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Attorneys for Plaintiff*
*Laboratory Corporation of America Holdings*

_____
Mark Vasco
Margaret K. Thies
Bryan Cave LLP
One Wells Fargo Center
301 S. College Street, Suite 3900
Charlotte, NC 28202

Maury S. Epner
Selzer Gurvitch Rabin Wertheimer
    Polott & Obecny, PC
4416 East West Highway, Suite 400
Bethesda, MD 20814

*Attorneys for Defendant*
*William G. Kearns*

8